✓ /629757

AO 442 (Rev 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of NEVADA

UNITED STATES OF AMERICA

V.

ALAN L. RODRIGUES

**WARRANT FOR ARREST**

Case Number: 2:09-CR-022

# SEALED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ALAN L. RODRIGUES
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

CONSPIRACY TO DEFRAUD THE UNITED STATES BY IMPAIRING AND IMPEDING THE INTERNAL REVENUE SERVICE; AIDING IN THE PREPARATION OF MATERIALLY FALSE INCOME TAX RETURNS; MAIL FRAUD

in violation of Title  18 & 26  United States Code, Section(s)  371, 1341 & 7206(2)

LANCE S. WILSON
CLERK

_Lance S. Wilson_
(By) DEPUTY CLERK

January 27, 2009    Las Vegas, NV
DATE

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| HENDERSON, NV |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/28/09 | IRS SA MANZUR | [signature] |
| DATE OF ARREST 01/28/09 | | |