WRIGHT STANISH & WINCKLER
Karen C. Winckler
Bar No. 2809
200 South 4th Street Ste 701
Las Vegas, Nv. 89101
Counsel for Alan Rodrigues

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN L. RODRIGUES, WESTON J. COOLIDGE, and JOSEPH PROKOP,<br><br>Defendant. | Case No.: 2:09-cr-022-RCJ-RJJ<br><br>**STIPULATION TO CONTINUE THE FILING OF THE COMPLEX CASE AGREEMENT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Gregory A. Brower, United States Attorney, and Nicholas Dickinson, Jay R. Nanavati, and Timothy J. Stockwell, Assistants United States Attorney, counsel for the United States of America, and Franny A. Forsman, Federal Public Defender, and Willliam C. Carrico, Assistant Federal Public Defender, counsel for WESTON J. COOLIDGE; and Karen C. Winckler, counsel for ALAN L. RODRIGUES, that the filing of the Joint Complex Case Stipulation be continued until one week following the arraignment of co-defendant JOSEPH PROKOP which is currently scheduled for February 20, 2009.

This Stipulation is made to ensure that Defendant Prokop and his counsel have sufficient time to confer and join in the agreements of the parties as to production of discovery, motion calendaring and the setting of a proposed trial date.

The Government and the Defendants agree that all the time from the date of

1  the arraignment and plea until such time as the Court shall rule otherwise should be
2  excluded for the purposes of speedy trial under Title 18 U.S.C. §§3161(h)(8)(B)(I) and
3  (ii).
4      DATED:    February 12, 2009.

GREGORY A. BROWER
United States Attorney

By  /s/
   NICHOLAS DICKINSON
   Assistant United States Attorney
   Counsel for Plaintiff

FRANNY A. FORSMAN      WRIGHT STANISH & WINCKLER
Federal Public Defender

By: /s/      By: /s/
   WILLIAM C. CARRICO      KAREN C. WINCKLER, ESQ.
   Assistant Federal Public Defender      Counsel for RODRIGUES
   Counsel for Defendant COOLIDGE

8888888888888888888888888888888888888888888888888888888888

Based upon the Stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED that the parties shall file the Complex Case Statement by
_____, 2009.

    DATED:  February \_\_\_\_ 2009

                                   Magistrate Judge Robert Johnston