1 | DANIEL G. BOGDEN
United States Attorney
2 | RUSSELL E. MARSH
Chief, Criminal Division
3 | NICHOLAS D. DICKINSON
Assistant United States Attorney
4 | Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South, Suite 5000
5 | Las Vegas, Nevada 89101
(702) 388-6336
6

JAY R. NANAVATI
7 | TIMOTHY J. STOCKWELL
Trial Attorneys, Tax Division
8 | United States Department of Justice
Washington, DC 20530
9 | (202) 514-5762

10 | Attorneys for Plaintiff
United States of America
11

12 | UNITED STATES DISTRICT COURT

13 | DISTRICT OF NEVADA

14

15 | UNITED STATES OF AMERICA,   )   Case No: 2:09-CR-00022-RCJ-RJJ
                )

             Plaintiff,   )   GOVERNMENT'S MOTION FOR LEAVE
16 |                    )   AND SUR-REPLY REGARDING
   v.              )   DEFENDANTS' MOTION FOR
17 |                    )   DISCOVERY
                )
18 |                 )
ALAN L. RODRIGUES, et al.,   )
19 |                 )
            Defendants.   )
20 |                 )
                )
21

22 |      The United States of America, by and through Daniel G. Bogden, United States Attorney, and

23 | Jay R. Nanavati and Timothy J. Stockwell, Department of Justice Trial Attorneys, respectfully

24 | requests leave from the court to file this sur-reply to clarify an important issue raised by the

25 | defendants in their Defendants' Joint Reply to Government's Response to Motion for Discovery

26 | (Document No. 98).

27 |      In their reply the defendants state that it is the government's position that the audit files of

28 | NADN customers are not in the possession of the government but rather a third party, the "Civil

Division" of the Department of Justice, Tax Division.  The government seeks to clarify, to prevent

1   any confusion, that the audit files are in the possession of the civil side of the Internal Revenue

2   Service ("IRS"), not the civil side of the Department of Justice, Tax Division.  The Department of

3   Justice, Tax Division, consists of three sections: the Civil Trial Section, the Criminal Enforcement

4   Section, and the Appellate Section.  The prosecutors assigned to this case work for the Criminal

5   Enforcement Section.  The Tax Division's "Civil Division" referenced by the defendants is the Civil

6   Trial Section that was responsible for the civil lawsuit against NADN and certain principals and

7   employees seeking injunctive relief.  The IRS, however, is a bureau of the Department of Treasury,

8   and consists of numerous operating divisions, including Small Business/Self Employed, Wage and

9   Investment, Large and Mid-Size Business, Tax Exempt and Government Entities, and Criminal

10  Investigation.  Criminal Investigation is the only division responsible for criminal investigations and

11  is part of the prosecution team in this case.  The other divisions are what the government refers to as

12  the "civil side" of the IRS.

13        As stated in the government's response, it is the government's position that although the

14  government has been willing to facilitate production of certain tax information in the possession of

15  the IRS, the civil side of the IRS is not part of the prosecution team, and their audit files and other tax

16  information is not within the possession of the government.  Indeed, disclosure of this type of

17  information is protected by the requirements of 26 U.S.C. § 6103.  Therefore, even if the defendants

18  were to establish that the audit files are material or exculpatory, the government has no obligation to

19  produce these under Rule 16 or *Brady*.

20        Finally, as is customary in criminal cases, the United States has referred to itself in this case as

21  "the government."  When the government has argued in this case that certain IRS materials are not in

22  its possession, it has used the name "the government" in the sense that it is used in *Brady* and its

23  progeny.  That is, the government means "the prosecution team."  Outside of the legal context, the

24  government is a term that can be used to refer to the entire federal government, state governments, or

25  local governments.  In the *Brady* context, it is a term of art that is synonymous with the expression

26  "the prosecution team."  This is the sense in which the United States has used and will continue to use

27  the term.

28

1    DATED this 10th day of May, 2010.

2                                              Respectfully submitted,

3                                              DANIEL G. BOGDEN
                                               United States Attorney
4                                              RUSSELL E. MARSH
                                               Chief, Criminal Division
5                                              NICHOLAS D. DICKINSON
                                               Assistant United States Attorney
6

7                                              s/ Jay Nanavati and Timothy Stockwell
                                               JAY R. NANAVATI
8                                              TIMOTHY J. STOCKWELL
                                               Trial Attorneys
9

10

11                        **CERTIFICATE OF ELECTRONIC SERVICE**

12          This is to certify that on May 10, 2010, the undersigned served counsel for Defendants Alan
     Rodrigues, Weston Coolidge, and Joseph Prokop, with the foregoing by means of electronic filing.
13

14                                             s/ Jay Nanavati and Timothy Stockwell
                                               JAY R. NANAVATI
15                                             TIMOTHY J. STOCKWELL
                                               Trial Attorneys
16

17

18

19

20

21

22

23

24

25

26

27

28