UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALAN L. RODRIGUES, *et al.*,<br><br>　　　　Defendant, | 2:09-cr-22-RCJ-RJJ<br><br><br>O R D E R |

This matter is before the Court on the Government's Motion For Leave and Sur-Reply Regarding Defendants' Motion for Discovery (#102).

The Court having reviewed the Motion (#102) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Government's Motion For Leave and Sur-Reply Regarding Defendants' Motion for Discovery (#102) is **GRANTED.**

IT IS FURTHER ORDERED that Defendants shall have to and including June 2, 2010, to file a Sur-Reply to the Government's Sur-Reply (#102).

DATED this   1st   day of June, 2010.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT J. JOHNSTON
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge