FRANNY A. FORSMAN
Federal Public Defender
State Bar No.00014
Richard Boulware
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Counsel for WESTON COOLIDGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH PROKOP, ALAN L. RODRIGUES and WESTON J. COOLIDGE,<br><br>Defendants. | Case No.: 2:09-cr-00022-GMN (RJJ)<br><br>PROPOSED ORDER COMPELLING PRODUCTION OF SEARCH WARRANT MATERIALS PERTAINING TO DONALD HICKS |

Having heard the arguments of counsel and there being good cause,

IT IS HEREBY ORDERED that the documents in the possession of James R. Hobbs, Esq., attorney for Donald Hicks, which were returned to Mr. Hobbs and Mr. Hicks by the government after having been seized pursuant to a government search warrant shall be made available to or produced to the attorneys for the defendants in the above-captioned case.

IT IS SO ORDERED.

*Robert Johnston*
UNITED STATES MAGISTRATE JUDGE

DATED: *16 DEC 10*