1

2  WRIGHT STANISH & WINCKLER
   Karen C. Winckler
3  Bar No. 2809
   200 South 4th Street Ste 701
4  Las Vegas, Nv.  89101
   Counsel for Alan Rodrigues

5

6                  UNITED STATES DISTRICT COURT

7                       DISTRICT OF NEVADA

8                              * * *

9

10  UNITED STATES OF AMERICA,          Case No.: 2:09-cr-022-MMD-GWF

11          Plaintiff,                 **UNOPPOSED MOTION TO ORDER
                                       THE BANKRUPTCY TRUSTEE TO
12  vs.                                PROVIDE ACCESS TO MATERIALS
                                       SEIZED FROM NADN OFFICES**
13  ALAN L. RODRIGUES, WESTON J.
    COOLIDGE, and JOSEPH PROKOP,
14
            Defendants.
15

16
         Karen C. Winckler, counsel for  ALAN L. RODRIGUES ,  Assistant Federal
17
    Public Defender Richard Boulware, counsel for WESTON J. COOLIDGE; and Travis
18
    Shetler, counsel for JOSEPH PROKOP, move this Honorable Court to Order the
19
    Bankruptcy Trustee William Leonard to provide access to materials seized from NADN
20
    offices and to allow the defendants to assist counsel by joining with counsel and/or
21
    paralegals at the Valley View storage unit which contains the seized evidence and is
22
    controlled by Bankruptcy Trustee William Leonard.
23
         The Government has no objection to this motion and has agreed to work with the
24
    defendants to retrieve the seized office evidence.
25
         This motion  is made to allow counsel to review and copy, as needed, the seized
26
    NADN materials controlled by the Bankruptcy Trustee.  To facilitate the review of the
27
    contents of the seized evidence, we request that the owner of NADN [Coolidge], the
28

1   office manager of NADN [Rodrigues] and a sales manager of the product [Prokop] to be

2   allowed to participate in the review of their stored office documents at the storage unit.

3   This will be a saving of both time and money for the defense by using the persons who

4   know how to quickly identify the relevant materials for their defense.

5          DATED:      July 11, 2012

6   RENE  VALLADARES                              WRIGHT STANISH & WINCKLER
    Federal Public Defender

7

8   By: _____/s/_____        By: _____/s/_____
         RICHARD BOULWARE                              KAREN C. WINCKLER, ESQ.
9        Assistant Federal Public Defender            Counsel for RODRIGUES
         Counsel for Defendant COOLIDGE

10

11  By:_____/s/_____
         TRAVIS SHETLER
12       Counsel for Defendant Prokop

13
    88888888888888888888888888888888888888888888888888888888888888888888888888888888

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

8

UNITED STATES OF AMERICA,

Plaintiff,

9

vs.

10

ALAN L. RODRIGUES, WESTON J.
COOLIDGE, and JOSEPH PROKOP,

11

12

Defendants.

13

Case No.: 2:09-cr-022-MMD-GWF

**ORDER**

14

15       Based upon the Motion of the Defendants, and good cause appearing, IT IS

16    HEREBY ORDERED that  Bankruptcy Trustee William Leonard shall make available the

17    seized  NADN evidence  which he controls .   Further, he  shall allow defendants Weston

18    Coolidge, Al Rodrigues and Joseph Prokop to accompany counsel and/or case

19    paralegals to review and copy the evidence.

20          DATED: ~~July xxx 2012~~ Aug. 15, 2012

21

22          ~~MIRANDA M. DU~~
            ~~District Court Judge~~
            ~~xxxxxxxxxxxxxxxx~~

23

24

25    submitted by:
      WRIGHT STANISH & WINCKLER
26    Karen C. Winckler
      Bar No. 2809
27    200 South 4th Street Ste 701
      Las Vegas, Nv.  89101
28    Counsel for Alan Rodrigues