UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiffs,<br><br>VS.<br><br>ALAN L. RODRIGUES, WESTON J. COOLIDGE AND JOSEPH PROKOP<br><br>        Defendants, | 2:09-CR-22-MMD-GWF<br><br>MINUTES OF THE COURT<br><br>Dated:  May 1, 2014 |

PRESENT:

THE HONORABLE **MIRANDA M. DU, U.S. DISTRICT JUDGE**

DEPUTY CLERK:   PEGGIE VANNOZZI     COURT REPORTER: KATHY FRENCH

PRESENT FOR PLAINTIFFS:     TIMOTHY STOCKWELL AND KATHERINE WONG

PRESENT FOR DEFENDANT:    RICHARD POCKER (for Defendant Rodrigues), RENE VALLADARES AND HEIDI OJEDA (for Defendant Coolidge), TRAVIS SHETLER (for Defendant Prokop)

IN COURT PROCEEDINGS - JURY TRIAL, DAY 12

Proceedings begin at 8:30 AM.  The jurors are not present. Government's case agent Tiffany Lowe is present.  Defendants are present.

The Court and counsel confer with regard to the stipulation reached by counsel last night.  The Court will read the stipulation to the jury.

The jury enters at 8:35 AM.

**Robert Stovall,** previously sworn, resumes the witness stand.   Mr. Stockwell examines the witness.  Government's exhibits 311 and 161 are marked and admitted.  Mr. Valladares, Mr. Pocker, Mr. Shetler and Mr. Stockwell examine the witness.

The jury exits at 10:27 AM.  The Court and counsel confer with regard to redirect examination of witness Robert Stovall.  The Court reminds counsel that a juror must leave at 2:30 today for a doctor's appointment

USA VS. RODRIGUES, COOLIDGE & PROKOP
2:09-CR-22-MMD-GWF
May 1, 2014
Page two

Proceedings recess from 10:30 AM to 10:47 AM. The jury is not present. The defendants are present.

**Robert Stovall** resumes the witness stand. Mr. Stockwell and Mr. Pocker examine the witness. The witness is excused.

**Daniel William Porter** is sworn to testify. Ms. Wong examines the witness.

Proceedings recess from 12:57 PM to 1:35 PM. The jury is not present. Defendants are present. Mr. Shetler asks the Court to give a limiting instruction to the jury that indicates that Defendant Prokop was not charged in the Missouri indictment along with Mr. Porter.

The jury enters at 1:38 PM. The Court gives the limiting instruction requested by Mr. Shetler.

**Daniel Porter** resumes the witness stand. Ms. Wong examines the witness. Government's exhibit 325 (pages 3,4) is marked and admitted.

The Court admonishes the jury. **The jury trial is continued to May 2, 2014 at 8:30 AM.**

The jury exits at 2:28 PM.

The Court hears argument on the Privilege issue raised by the Government with regard to Defendant Coolidge. The email exchange between Mr. Stockwell and former attorney Richard Boulware consisting of 2 pages, is marked as Coolidge exhibit 1 to this hearing, and is admitted as an exhibit to this hearing. The Court makes findings for the record. Government's exhibit 241 will be admitted.

The Court hears argument on the Government's Motion to Use Leading Questions (#248). The Court DENIES Government's Motion (#238) as premature.

Proceedings recess at 2:44 PM.

**LANCE S. WILSON, CLERK**
**U.S. DISTRICT COURT**

/S/ Peggie Vannozzi
Deputy Clerk