UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>JOSEPH PROKOP, ALAN L. RODRIGUES and WESTON J. COOLIDGE,<br><br>　　　　　　　　Defendants. | Case No. 2:09-cr-00022-MMD-GWF<br><br>ORDER |

The Court has reviewed Defendants' proposed agenda for the sentencing hearing (dkt. no. 546). The Court adopts the agenda in part. The Court has reviewed Defendants' factual objections to the Presentence Investigation Report (dkt. nos. 532, 533, 536) and will issue its ruling at the start of the sentencing hearing. The Court anticipates that any argument with respect to the applicable burden of proof will not be lengthy as the parties have thoroughly briefed this issue. The Court further anticipates that items I-III of Defendants' proposed agenda will be addressed on March 9, 2015.

DATED THIS 4th day of March 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE